1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| RON SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>WINN LAW GROUP APC,<br><br>Defendants. | Case No: SACV 09-01212 CJC (MLGx)<br><br>**NOTICE OF INTENT TO SCHEDULE THE CASE** |

**TO ALL COUNSEL OF RECORD**, notice is hereby given that on **July 13, 2010**, the Court will issue a Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b) establishing dates for the completion of discovery, the filing of motions, pretrial conference, and trial in the above entitled case. **No scheduling conference will be held unless ordered by the Court.**

The parties are **HEREBY ORDERED** to hold an early meeting of counsel not later than 21 days in advance of the above date, and to file a report of such meeting not later than 14 days thereafter in accordance with Federal Rule of Civil Procedure 26(f) and Local Rule 26-1.  In scheduling the case, the Court will rely

1  upon the pleadings, as well as the Rule 26(f) report.  Counsel are referred to
2  Federal Rule of Civil Procedure 26(f) and Local Rule 26-1 for the specific
3  requirements of the report.  In addition, counsel are directed to provide the
4  specific reasons for their selection of a particular discovery cutoff date.

6  **IT IS SO ORDERED**.

8  IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies
9  of this Order on counsel for the parties in this matter.

12  DATED: April 30, 2010  _____
　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
13  　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE