Mahadhi Corzano (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400
Fax: 866-802-0021
mcorzano@consumerlawcenter.com

Attorneys for Plaintiff, RON SANCHEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT – WESTERN DIVISION

| | |
|---|---|
| RON SANCHEZ, | Case No.: |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| WINN LAW GROUP, APC, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, RON SANCHEZ and Defendant, WINN LAW GROUP, APC stipulate that dispute between the parties has been settled, therefore, the claims asserted by Plaintiff are hereby dismissed, with prejudice, with each side to bear their own attorney's fees and costs.

Date: August 11, 2010

/s/*John E. Gordon*             /s/ *Mahadhi Corzano*
John E. Gordon                  Mahadhi Corzano
Winn Law Group, APC             Krohn & Moss, Ltd.
110 E. Wilshire Avenue, Suite 212   10474 Santa Monica Boulevard, Suite 401
Fullerton, CA 92832             Los Angeles, CA 90025
Telephone: (714) 446-6686       Telephone: (323) 988-2400 x255
Facsimile: (813) 446-6680       Facsimile: (866) 385-1408
John_gordon@winnlawgroup.com    mcorzano@consumerlawcenter.com